```
                                        FILED
                                CLERK, U.S. DISTRICT COURT

                                    10/01/2025

                                CENTRAL DISTRICT OF CALIFORNIA
                                BY: ___AP___ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED CR No. 5:25-cr-00316-SSS |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 111(a)(1), (b): Assault on Federal Officer] |
| OSCAR MAGAÑA REYES, | |
| Defendants. | |

The Grand Jury charges:

[18 U.S.C. § 111(a)(1), (b)]

On or about August 29, 2025, in San Bernardino County, within the Central District of California, defendant OSCAR MAGAÑA REYES intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victim P.K., an employee of the Department of Homeland Security, United States Immigration and Customs Enforcement, while P.K. was engaged in, and on account of,

///
///
///

the performance of P.K.'s official duties, and, in doing so, made physical contact with P.K., and used a deadly and dangerous weapon, namely, an Electronic Control Weapon, which is also known as a "taser."

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

*[signature]*

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

CORY L. BURLESON
Assistant United States Attorney
Acting Chief, Riverside Office

BENJAMIN J. WEIR
Assistant United States Attorney
Riverside Office

2